State of Minnesota  
County of Hennepin

District Court  
4th Judicial District

RECEIVED BY MAIL  
NOV 1 3 2014  
CLERK, US DISTRICT COURT  
MINNEAPOLIS, MN

Prosecutor File No. 14A23313  
Court File No. 27-CR-14-11243

State of Minnesota,
     Plaintiff,

vs.

TAMIKA LATOI SUTTLES   DOB: 12/07/1980  
2807 ST MARYS PLACE  
Minneapolis, MN 55414  
     Defendant.

**COMPLAINT**  
Order of Detention

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

## COUNT I

**Charge: Aggravated Robbery-1st Degree**  
Minnesota Statute: 609.245.1, with reference to: 609.245.1, 609.11.5(a), 609.05.1, 609.05.2  
Maximum Sentence: 20 YEARS AND/OR $35,000  
Offense Level: Felony

Offense Date (on or about): 04/17/2014

Control #(ICR#): 14001159

Charge Description: That on or about April 17, 2014, in the City of Richfield, Hennepin County, Minnesota, TAMIKA LATOI SUTTLES intentionally aided and abetted the crime of Aggravated Robbery in the First Degree, which is committing a robbery while armed with a dangerous weapon or any article used or fashioned in a manner to lead the victim(s) to reasonably believe it to be a dangerous weapon, or inflicting bodily harm upon another while committing the robbery.  
Minimum Sentence: 3 YEARS

## COUNT II

**Charge: Aiding an Offender to Avoid Arrest-Harbor/Conceal**  
Minnesota Statute: 609.495.1(a), with reference to: 609.495.1(a)  
Maximum Sentence: 3 YEARS AND/OR $5,000  
Offense Level: Felony

Offense Date (on or about): 04/17/2014

Control #(ICR#): 14001159

Charge Description: That on or about the time period between April 17, 2014, and April 21, 2014, in Hennepin County, Minnesota, TAMIKA LATOI SUTTLES harbored, concealed, aided, or assisted by word or acts another whom she knew or had reason to know had committed a crime under the laws of this or another state or of the United States with intent that such offender shall avoid or escape from arrest, trial, conviction, or punishment.

SCANNED  
NOV 1 3 2014  
U.S. DISTRICT COURT MPLS

## STATEMENT OF PROBABLE CAUSE

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On or about April 17, 2014, at just after 8:00 a.m., Richfield police officers rushed in response to a call of an armed robbery at the Old Country Buffet restaurant at 9 ? 66th Street in Richfield, Hennepin County, Minnesota. Responding officers saw a man, later identified as Co-Defendant Emanuell Lydell Collier, born September 18, 1977, wearing dark clothing and a black cap carrying with both hands what appeared to be a heavy gray plastic garbage can running away from the area of the incident and crossing 1st Avenue South. When they stopped and exited their squad car, Co-Defendant Collier dropped the garbage can, which turned out to be full of money, and ran off. After a short chase, Richfield police captured Co-Defendant Collier and found him in possession of a loaded 9-mm handgun. Co-Defendant Collier also had cash tucked in his waistband.

Richfield police interviewed people who had been at the restaurant that was robbed. From them, they learned that two male robbers had come in through an open back service door. Witnesses described one of the men as black and the other as speaking with an Arabic or Hispanic accent. The black male, believed to be Co-Defendant Collier, was wearing a black ski mask. The other male was wearing what appeared to be some sort of gas mask. Both men carried handguns. There were at least three employees and a delivery man inside the restaurant at the time of the robbery. Co-Defendant Collier and his accomplice forced these people to lie down and then tied them up in a dry storage area. The robbers made various statements.

In particular, they took one male witness and said, "Where's the safe? Take me to the safe." When that witness told them he could not open the safe, they found out that another male witness, DPM, was the restaurant manager. Saying "[l]et's go get the money," they took DPM and the other man to the office at gunpoint and ordered them to open the safe. Co-Defendant Collier told the men, "Open the safe and give me everything." The men did as Co-Defendant Collier and his accomplice ordered.

Meanwhile, the delivery man left in the dry storage area broke free of his bonds and ran out the back rear door. Co-Defendant Collier's accomplice chased him out the back and the rear door closed and locked, locking Co-Defendant Collier's accomplice outside. The delivery man escaped and was able to call police. Police reviewed videotape from outside the business and saw that the accomplice returned to the restaurant, but could not get back inside. The accomplice then fled the scene in a white van, which a witness reported seeing being driven by a black female.

Co-Defendant Collier then left the business with a trash can full of money telling the people inside to give him five minutes before calling police.

On April 18, 2014, further investigation led law enforcement to associates of Co-Defendant Collier, identified as Co-Defendant Daniel Drljic, born June 3, 1976, and DEFENDANT TAMIKA LATOI SUTTLES, born December 7, 1980. All three defendants were reportedly together the morning of the robbery. Police also had information that Co-Defendant Drljic and Defendant Suttles participated in the robbery. A search warrant was executed at the shared home of Co-Defendant Drljic and Defendant Suttles, as well as on the white cargo van that was parked outside their home. Officers seized multiple items, including ammunition, duct tape, and suspected cocaine and marijuana.

On April 21, 2014, police were able to track down Co-Defendant Drljic and Defendant Suttles at a motel in Bloomington. They were arrested and search warrants were prepared for the motel and their vehicle. During the execution of these search warrants, officers found two loaded 9-mm handguns, a black mask, a pair of yellow binoculars, a search warrant receipt from the original search warrant at their residence, a



horizontally striped knit cap similar to one worn by the robbers, and a gas mask similar to the one described by the robbery victims.

Based on Defendant Suttles' and Co-Defendant Drljic's relationship, the items found in their possession, the fact that they had a copy of the original search warrant with them when they were arrested, and that they fled their home and rented a motel after the robbery, the State is charging Defendant Suttles with Aiding an Offender.

Co-Defendant Drljic and Defendant Suttles are currently in custody.

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

| | | |
|---|---|---|
| **Complainant** | Patrick Moriarty<br>DETECTIVE<br>6700 Portland Avenue S<br>Richfield, MN 55423<br>Badge: 129 | Electronically Signed: 4/23/2014 |

Subscribed and sworn to before the undersigned.

| | | |
|---|---|---|
| **Notary Public or**<br>**Judicial Official** | Kristine Alice Amend<br>Administrative Assistant, County<br>of Hennepin<br>6700 Portland Avenue S<br>Richfield, MN 55423<br>Notary ID: 31030506 | Commission expires: 01/31/2018<br>Electronically Signed: 4/23/2014 |

Being authorized to prosecute the offenses charged, I approve this complaint.

| | | |
|---|---|---|
| **Prosecuting Attorney** | Justin Wesley<br>300 S 6th St<br>Minneapolis, MN 55487<br>(612) 348-5550 | Electronically Signed: 4/23/2014 |