UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
NOV 1 3 2014
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧

State of Minnesota,

    Plaintiff-respondent,

v.

Tamika Suttles,

    Defendant-petitioner.

Tamika Suttles,

    Counterclaimant,

v.

John Does 1-100,

    Counterclaimees.

CR14-368 MJD

**DECLARATION/APPLICATION APPLICATION TO NOT PAY FEES OR COSTS**

**AND NOTICE OF REMOVAL**

∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧

I, Tamika Suttles, being duly sworn depose and state:

1.    I am Petitioner and counterclaimant in the above-captioned action.

4.    There is no requirement in the Statutes that any spousal financial information be provided. The form at Exhibit 1 is therefore inaccurate. Further, it seeks personal identifiers and sensitive financial information, which should either not be requested, or should be filed under seal if provided.

5.    28 U.S.C. 1915 requests only the following information:

   a) a statement of all assets such prisoner possesses;
   b) that the person is unable to pay such fees or give security therefor;
   c) Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

Page | 1

SCANNED
NOV 13 2014
U.S. DISTRICT COURT MPLS

Therefore, I will provide only the information in a)-c) above.

6.  **a) a statement of all assets such prisoner possesses:**

Having reviewed the Statutes, and noting the "additional" information demanded from prisoners, I am reading this section to apply to people generally. See Memorandum authored by Jill Clark at Exhibit 2 to Katch Affidavit in 14-cv-4454 (SRN), which discusses equal protection, due process and other issues relating to the Statutes.

I am having difficulty discussing my assets for several reasons: I keep getting kicked out of my living quarters, supposed "warrants" have taken my papers that I need to mount a lawsuit and to figure out my assets, and I believe that there is information that has not been shared with me.

I do not have liquid assets and was living until today in a shelter which demanded my entire disability check.

**b) that the person is unable to pay such fees or give security therefor:**

I am unable at this time to pay a filing fee of $350.00 if needed for a counterclaim. Perhaps the accurate filing fee is $5.00. See 28 U.S.C. 1914(a). I might be able to borrow or otherwise procure money to pay a $5.00 filing fee.

I do not understand and object to the reference to "security" as that does not apply to me.

**c)   Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress:**

See Complaint being filed herewith; I believe I am entitled to redress or I would not be commencing a lawsuit.

November 12, 2014

*Tamika Suttles*
^^^^^^^^^^^^^^^^^^^^^^^^^^^
Tamika Suttles