UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota,

v.  Criminal No. 14-368 (MJD)

Tamika Suttles,

Defendant.

ORDER OF DISQUALIFICATION

Because Jill Eleanor Clark appears to be attempting to remove this case on behalf of the defendant and Ms. Clark has sued the U.S. District Court, District of Minnesota in a case that remains pending, case number 14-cv-4283 (RWP), it is hereby determined that all U.S. District Judges and U.S. Magistrate Judges of the above Court are disqualified from presiding over this matter.

Based on the files, records, and proceedings herein:

IT IS SO ORDERED.

Dated: 11-14-14

Michael J. Davis,
Chief United States District Judge

SCANNED
NOV 14 2014
U.S. DISTRICT COURT MPLS